No. 13,657.

MRS. FLORENCE P. WILLIAMS AND HUSBAND VS. EDWARD PIERSON,
ADMINISTRATOR ET AL.

**A**PPEAL from the Civil District Court, Parish of Orleans.—*St.
Paul, J.*

*Dennis M.* and *Allan Sholars,* for Plaintiffs, Appellants.

*Dinkelspiel & Hart,* for Metropolitan Bank, Defendant, Appellee.

*James F. Pierson* and *Horace E. Upton,* for Edward Pierson,
Administrator, Defendant, Appellee.

The opinion of the court was delivered by

PROVOSTY, J. This suit involves the same issues that were tried in
the matter of the intervention of the same plaintiff, Mrs. Florence P.
Williams, in the suit of Edward Pierson, administrator of the Succes-
sion of John J. Gragard vs. Metropolitan Bank, No. 13,656. We sus-
tained said intervention, and in it allowed to the plaintiff the full
measure of her rights, and what to do with the present suit causes us
some embarrassment. It has really never been tried, the issues between
the parties having been tried in the intervention suit. We find, how-
ever, that by agreement of record the testimony taken on the trial of
the intervention was to be considered as taken also in this suit; and we
find, further, that a separate judgment was rendered in this suit
rejecting the plaintiff's demand in the lower court. From our decision
in the intervention it results that the demand of the plaintiff in this
suit is a just demand, and that, therefore, she is entitled to costs.

It is therefore ordered, adjudged and decreed, that the judgment of
the lower court be set aside; that the plaintiff take nothing by this
suit, on her demand, but that the defendant· pay the costs of both
courts.

NICHOLLS, C. J., and BREAUX, J., dissent.

Rehearing refused, December 2, 1901.